UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTHONY REALA,                                               **RULE 7.1 DISCLOSURE**

                Plaintiff,                                  Docket No. 08 CIV 7685

  -against-

CHICK-FIL-A, INC., JOHN DOE and ABC CORPORATION (fictitious name, true name being unknown to undersigned),

                Defendants.
------------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant CHICK-FIL-A, INC., certifies that there is no parent corporation nor any publicly held corporation owning 10% or more of the stock of CHICK-FIL-A, INC.

Dated: September 3, 2008
       White Plains, New York

                                Yours, etc.,

                                RENDE, RYAN & DOWNES, LLP.

                                By: _____/S_____
                                  CHRISTOPHER J. WHITTON (CW8380)
                                Attorneys for Defendant
                                CHICK-FIL-A, INC.
                                202 Mamaroneck Avenue
                                White Plains, New York 10601
                                (914) 681-0444

TO:   Victor J. Horowitz
        Attorney for Plaintiff
        305 Broadway
        New York, New York 10007
        212-227-1500

**CERTIFICATE OF SERVICE**

    This is to certify that on September 3, 2008, a copy of the foregoing **RULE 7.1 DISCLOSURE** was served on the following counsel of record via regular mail:

Victor J. Horowitz
Attorney for Plaintiff
305 Broadway
New York, New York 10007
212-227-1500

                         /S
              CHRISTOPHER J. WHITTON (CW8380)
              RENDE, RYAN & DOWNES, LLP.
              Attorneys for Defendant
              CHICK-FIL-A, INC.
              202 Mamaroneck Avenue
              White Plains, New York 10601
              (914) 681-0444